AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | Case No. 1:07CV00337 |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *** | DATE March 1. 2007 @ 9:25am |
| NAME OF SERVER (PRINT) Bob Yates | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: KM Building Company of Minneapolis, Inc., a Minnesota Corporaton Doing business as KM Building Company - 801 Second Avenue North Minneapolis, MN 55405

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: John Ryan - CEO (Person authorized to accept Service of process

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 125.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 1, 2007
              Date

Signature of Server

on behalf of All-N-One Legal Support, Inc.
1545 Wilshire Blvd., Suite 715
Los Angeles, CA  90017
212.202.3990
Address of Server

*** see attached list

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.