IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001, <br><br> and <br><br> DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, AS Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 <br><br>       Plaintiffs, <br><br> v. <br><br> KM BUILDING COMPANY of Minneapolis Inc., a Minnesota corporation, doing business as KM BUILDING COMPANY, 801 Second Avenue North Minneapolis, Minnesota A Minnesota Corporation <br><br>       Defendant. | Case No.: 1:07-cv-00337-RBW <br><br> Honorable District Judge Reggie B. Walton <br><br> Labor/ERISA (non employment) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for KM Building Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of KM Building Company which have any outstanding securities in the hands of the public:

None.

DC:65598.1

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record for KM Building Company

Date:  April 26, 2007                        Respectfully Submitted,

/s/ Jeffrey J. Sun_____

Jeffrey J. Sun
D.C. Bar No. 491274
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 719-2054
Fax: (202) 719-2077
E-mail: jsun@fordharrison.com

John F. Bowen (will submit pro hac vice application)
Ford & Harrison LLP
225 South Sixth Street
Minneapolis, Minnesota 55403
Tel: (612) 486-1700
Fax: (612) 486-1701
E-mail: jbowen@fordharrison.com

Scott Lloyd Anderson (will submit pro hac vice application)
Fabyanske, Westra & Hart
LaSalle Plaza, Suite 1900
800 LaSalle Ave
Minneapolis, MN 55402
Tel: (612) 338-0115

**ATTORNEYS FOR DEFENDANT KM BUILDING COMPANY**