IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, AS<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>          Plaintiffs,<br><br>v.<br><br>KM BUILDING COMPANY of<br>Minneapolis Inc., a Minnesota corporation,<br>doing business as KM BUILDING<br>COMPANY, 801 Second Avenue North<br>Minneapolis, Minnesota<br>A Minnesota Corporation<br><br>          Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie<br>B. Walton<br><br>Labor/ERISA (non employment) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant KM Building Company, by and through its counsel of record, respectfully moves pursuant to LCvR 83.2, for an Order granting permission for attorneys John F. Bowen and Scott L. Anderson to appear *pro hac vice* on behalf of Defendant in connection with all matters in this case. In support of this Motion, the sponsor and *pro hac vice* candidates declare and state as follows:

DC:65597.1

1

1. Mr. Bowen is an attorney with the law firm of Ford & Harrison LLP in Minneapolis, Minnesota. His office is located at 225 South Sixth Street, Suite 3150, Minneapolis, Minnesota 55402, telephone number (612) 486-1700 and facsimile number (612) 486-1701. Mr. Bowen is admitted to practice and is a member in good standing of the state bars of Minnesota, Illinois, and Wisconsin, the United States District Courts for the District of Minnesota, the Northern District of Illinois, and the Eastern District of Wisconsin.

2. Mr. Anderson is an attorney with the law firm of Fabyanske, Westra, Hart & Thomson in Minneapolis, Minnesota. His office is located at 800 LaSalle Ave, LaSalle Plaza, Suite 1900, Minneapolis, Minnesota 55402, telephone number (612) 359-7633 and facsimile number (612) 359-7602. Mr. Anderson is admitted to practice and is a member in good standing of the state bar of Minnesota, the United States District Court for the District of Minnesota and the United States Tax Court.

3. Neither Mr. Bowen nor Mr. Anderson have been subject to any disciplinary proceeding in any jurisdiction in connection with the practice of law, nor is any such proceeding pending.

4. Neither Mr. Bowen nor Mr. Anderson have previously applied for admission *pro hac vice* in this Court.

5. Mr. Bowen and Mr. Anderson have associated themselves in this case with Jeffrey J. Sun, D.C. Bar No. 491274. Mr. Sun is an attorney with Ford and Harrison LLP, 1300 19th Street, N.W., Suite 700, Washington, D.C. 20036, telephone number (202) 719-2000 and facsimile number (202) 719-2077. He is admitted to practice before and is a member in good standing of this Court and will be assisting in this case. Mr. Sun sponsors the admission of Mr.

Bowen and Mr. Anderson to appear *pro hac vice* in this case as counsel for Defendant, and agrees to participate in this case. A proposed order granting this Motion is included herewith.

6. Mr. Bowen and Mr. Anderson have previously served as legal counsel for this Defendant, and have previously served as legal counsel for other defendants in actions similar to the one at bar. Their degree of expertise in the defense of claims similar to those presented by this action, and familiarity with Defendant's operations are important to the representation of Defendant in this action.

7. Their admission *pro hac vice* will not delay trial or other proceedings in this matter.

8. Counsel understands that, if the Court were to grant this application, they shall abide by all District of Columbia and Federal Rules, as well as all Local Civil Rules and the individual rules of this Court, including all disciplinary rules. Mr. Bowen and Mr. Anderson shall have all pleadings, briefs and any other papers filed with the court signed or electronically filed by an attorney of record authorized to practice in this District, who shall be held responsible for them and for the conduct of the cause of their admission.

9. Mr. Bowen and Mr. Anderson have been made familiar with this Court's Local Rules.

10. For the foregoing reasons, the undersigned sponsor respectfully requests that Mr. Bowen and Mr. Anderson be admitted *pro hac vice* in this matter.

Date: May 8, 2007                                    Respectfully Submitted,


                                                     /s/ Jeffrey J. Sun_____

                                                     Jeffrey J. Sun
                                                     D.C. Bar No. 491274
                                                     Ford & Harrison LLP
                                                     1300 19th Street, N.W.
                                                     Suite 700
                                                     Washington, D.C. 20036
                                                     Tel: (202) 719-2054
                                                     Fax: (202) 719-2077
                                                     E-mail: jsun@fordharrison.com

                                                     John F. Bowen
                                                     Ford & Harrison LLP
                                                     225 South Sixth Street
                                                     Minneapolis, Minnesota 55402
                                                     Tel: (612) 486-1700
                                                     Fax: (612) 486-1701
                                                     E-mail: jbowen@fordharrison.com

                                                     Scott Lloyd Anderson
                                                     Fabyanske, Westra Hart & Thomson
                                                     LaSalle Plaza, Suite 1900
                                                     800 LaSalle Ave
                                                     Minneapolis, MN 55402
                                                     Tel: (612) 359-7633
                                                     Fax: (612) 359-7602
                                                     E-mail: slanderson@fwhlaw.com

                                                     **ATTORNEYS FOR DEFENDANT KM BUILDING COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, AS<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KM BUILDING COMPANY of<br>Minneapolis Inc., a Minnesota corporation,<br>doing business as KM BUILDING<br>COMPANY, 801 Second Avenue North<br>Minneapolis, Minnesota<br>A Minnesota Corporation<br><br>　　　　　Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie<br>B. Walton<br><br>Labor/ERISA (non employment) |

**[PROPOSED] ORDER**

This matter having been opened to the Court by Ford & Harrison, LLP, attorneys for Defendant KM Building Company for an Order admitting John F. Bowen and Scott L. Anderson, *pro hac vice*, and the Court having considered the moving papers and any opposition filed thereto; and for good cause having been shown,

IT IS, this _____ day of _____, 2007, hereby

1

**ORDERED** that the application for *pro hac vice* admission of John F. Bowen and Scott L. Anderson is **GRANTED**; and it is further

**ORDERED** that John F. Bowen and Scott L. Anderson be assisted by local counsel.

_____
REGGIE B. WALTON
United States District Judge

Clerk, please serve:

John F. Bowen
Ford & Harrison LLP
225 South Sixth Street
Suite 3150
Minneapolis, Minnesota 55402

Jeffrey J. Sun
Ford & Harrison LLP
1300 19th Street N.W.
Suite 700
Washington, D.C. 20036

Scott L. Anderson
Fabyanske, Westra, Hart & Thomson
800 LaSalle Ave
LaSalle Plaza, Suite 1900
Minneapolis, Minnesota 55402

Brian F. Quinn
DeCarlo, Connor & Shanley
101 Constitution Ave., N.W.
Tenth Floor
Washington, D.C. 20001

DC:65855.1