IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, AS Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>                    Plaintiffs,<br><br>        v.<br><br>KM BUILDING COMPANY of Minneapolis Inc., a Minnesota corporation, doing business as KM BUILDING COMPANY, 801 Second Avenue North Minneapolis, Minnesota<br>A Minnesota Corporation<br><br>                    Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie B. Walton<br><br>Labor/ERISA (non employment) |

## JOINT LOCAL CIVIL RULE 16.3(d) REPORT AND DISCOVERY PLAN

Plaintiffs and Defendant, pursuant to the Court's April 16, 2007, Order for Initial Scheduling Conference, Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16 and 26(f), hereby provide the following information to the Court:

1.    The parties believe the case is likely to be disposed of by dispositive motion.

DC:66261.1

2. Deadline to join additional parties and amend the pleadings: July 1, 2007. The parties agree that some factual and/or legal issues may be agreed upon or narrowed.

3. The parties do not believe this case should be assigned to a Magistrate Judge for all purposes.

4. The parties believe there is a realistic possibility of settling the case.

5. The parties believe that this case may benefit from ADR after the close of discovery.

6. The parties believe that dispositive motions may resolve the case. Deadline for dispositive motions: November 1, 2007.

7. The parties have agreed to stipulate that initial disclosures will be due on June 25, 2007.

8. In addition to written discovery, the depositions of the parties may be necessary as well as one or two third-party witnesses. No additional limits are needed on discovery other than those already established in the Local Rules. Deadline to complete discovery, except expert witness depositions: October 1, 2007.

9. Deadline for Plaintiffs' expert witness reports and disclosures: August 1, 2007, with Defendant's designations and reports due no later than September 1, 2007. Expert depositions to be completed no later than October 31, 2007.

10. Not applicable.

11. The parties agree no bifurcation of the trial or discovery is necessary.

12. The parties agree a pretrial conference should be scheduled 30 days after the Court rules on any motions for summary judgment.

13. The parties agree a trial date should be scheduled at the pretrial conference.

14. Each party's one-page statement of the case is attached, as is a proposed scheduling order.

Dated: May 25, 2007                                            Respectfully submitted,

By: /s/ Brian F. Quinn                                          By: /s/ Jeffrey J. Sun
Federal Bar. No. 447619
                                                                Jeffrey J. Sun
DECARLO, CONNOR & SHANLEY                                       D.C. Bar No. 491274
101 Constitution Ave., N.W.                                     Ford & Harrison LLP
10th Floor                                                      1300 19th Street, N.W.
Washington, D.C. 20001                                          Suite 700
Telephone: (202) 589-1151                                       Washington, D.C. 20036
Facsimile: (202) 589-0105                                       Tel: (202) 719-2054
                                                                Fax: (202) 719-2077
*Counsel for Plaintiffs*                                        E-mail: jsun@fordharrison.com

                                                                John F. Bowen (admitted *pro hac vice*)
                                                                Ford & Harrison LLP
                                                                225 South Sixth Street
                                                                Minneapolis, Minnesota 55403
                                                                Tel: (612) 486-1700
                                                                Fax: (612) 486-1701
                                                                E-mail: jbowen@fordharrison.com

                                                                Scott Lloyd Anderson (admitted *pro hac vice*)
                                                                Fabyanske, Westra & Hart
                                                                LaSalle Plaza, Suite 1900
                                                                800 LaSalle Ave
                                                                Minneapolis, MN 55402
                                                                Tel: (612) 338-0115

                                                                **ATTORNEYS FOR DEFENDANT KM BUILDING COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, AS Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>          Plaintiffs,<br><br>v.<br><br>KM BUILDING COMPANY of Minneapolis Inc., a Minnesota corporation, doing business as KM BUILDING COMPANY, 801 Second Avenue North Minneapolis, Minnesota<br>A Minnesota Corporation<br><br>          Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie B. Walton<br><br>Labor/ERISA (non employment) |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3 Statement, the following schedule shall govern this civil action:

1) Initial disclosures will be due on or before June 25, 2007.

2) Any parties to be joined or any amendments to the pleadings shall be made with appropriate motions on or before July 1, 2007.

DC:66286.1

      3)      Plaintiffs will make available any expert reports or disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 1, 2007.  Defendant shall provide any expert reports or disclosures on or before September 1, 2007.  Expert depositions to be completed no later than October 31, 2007.

      4)      Discovery, except expert witness depositions, shall be commenced and completed on or before October 1, 2007.

      5)      Dispositive motions shall be filed on or before November 1, 2007.  The briefing schedule on these motions, any responses and replies relating thereto, shall be pursuant to federal and local rules.

      6)      The pretrial conference shall take place within 30 days after the Court rules on any motions for summary judgment.

      7)      The trial in this matter shall be set at the pretrial conference.

_____
UNITED STATES DISTRICT JUDGE

DC:66286.1

cc:
Brian F. Quinn
Decarlo, Connor & Shanley
101 Constitution Ave., N.W.
10th Floor
Washington, D.C. 20001
Telephone: (202) 589-1151
Facsimile: (202) 589-0105

Jeffrey J. Sun
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, D.C. 20036

John F. Bowen
Ford & Harrison LLP
225 South Sixth Street
Minneapolis, Minnesota 55403

Scott Lloyd Anderson
Fabyanske, Westra & Hart
LaSalle Plaza, Suite 1900
800 LaSalle Ave
Minneapolis, MN 55402

DC:66286.1

## ATTACHMENT TO JOINT MEET AND CONFER STATEMENT
## PLAINTIFFS' STATEMENT OF FACTS OF THE CASE AND THE STATUTORY
## BASIS FOR ALL CAUSE(S) OF ACTION

Plaintiff, Carpenters Labor-Management Pension Fund ("Pension Fund"), and Plaintiffs, Douglas McCarron, Richard Arispe, and Alan Chil'coté, ("Trustees"), in their capacities as fiduciaries with respect to the Pension Fund (together, the "Plaintiffs"), on knowledge and on information and belief, filed this complaint against KM BUILDING COMPANY of Minneapolis Inc., a Minnesota corporation, doing business as KM BUILDING COMPANY ("Defendant").

### STATUTORY BASIS

This action arises under Section 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1145, Section 502 of ERISA, 29 U.S.C. § 1132, Section 301 of the Labor-Management Relations Act of 1947, as amended ("LMRA"), 29 U.S.C. § 185, and as a federal question under 28 U.S.C. § 1331.

### FACTS OF THE CASE

Defendant entered into a Collective Bargaining Agreement (the "CBA") with United Brotherhood of Carpenters and Joiners of America, Local Union 1865 on August 6, 1998. Upon information and belief, Defendant has assumed certain reporting and contribution obligations relating to the CBA. The CBA sets forth the rate at which Defendant agrees to make contributions to the Pension Fund on behalf of its employees. Defendant failed to properly report and make contributions pursuant to the terms of the CBA and Trust Agreement. Commencing August 2004, a company that identified itself as Vertwood Companies, LLC commenced submitting and paying Reports to the Pension Fund. Vertwood Companies, LLC did not sign a separate collective bargaining agreement and instead used Defendant's collective bargaining agreement. Defendant allowed Vertwood Companies, LLC to use Defendant's agreement.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, AS Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>Plaintiffs,<br><br>v.<br><br>KM BUILDING COMPANY of Minneapolis Inc., a Minnesota corporation, doing business as KM BUILDING COMPANY, 801 Second Avenue North Minneapolis, Minnesota A Minnesota Corporation<br><br>Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie B. Walton<br><br>Labor/ERISA (non employment) |

**DEFENDANT'S STATEMENT OF THE CASE**

Plaintiffs bring claims for alleged unpaid pension fund contributions and equitable relief under Section 515 of the Employee Retirement Income Security Act of 1974, as amended, and 29 U.S.C. § 1145 of the Labor-Management Relations Act of 1947. Defendant denies that it has failed to make any required pension contributions, or that it is liable to Plaintiffs in any manner.

DC:66267.1

Defendant entered into a collective bargaining agreement ("CBA") with the United Brotherhood of Carpenters and Joiners of America, Local Union 1865 on or about August 6, 1998. As part of this arrangement, Defendant timely made pension contributions to Plaintiffs' pension fund. In September of 2004, Defendant sold its millwork assets to VertWood Companies, LLC ("VertWood"), and VertWood took over the millwork operations. (Since September of 2004, Defendant has not performed any millwork.) Defendant was not delinquent in any pension contributions as of the date VertWood took over the millwork operations. Beginning in September of 2004, VertWood employed the millwork employees who had been covered by the CBA, accepted the terms of the CBA, and began providing payments to Plaintiffs' pension fund. Plaintiffs accepted VertWood's pension contributions without objection.

Plaintiffs seek alleged unpaid contributions for time periods when VertWood employed the individuals subject to the CBA. VertWood was responsible for making any required pension contributions during this time. Plaintiffs' remedy, if any, is a claim against VertWood. Plaintiffs have asserted no valid basis for the Court to hold Defendant liable for any alleged failure by VertWood to make required pension contributions.

| | |
|---|---|
| Dated: this 25th day of May, 2007 | Respectfully submitted, |

By: /s/ Jeffrey J. Sun_____

Jeffrey J. Sun
D.C. Bar No. 491274
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 719-2054
Fax: (202) 719-2077
E-mail: jsun@fordharrison.com

John F. Bowen (admitted *pro hac vice*)
Ford & Harrison LLP
225 South Sixth Street
Minneapolis, Minnesota 55403
Tel: (612) 486-1700
Fax: (612) 486-1701
E-mail: jbowen@fordharrison.com

Scott Lloyd Anderson (admitted *pro hac vice*)
Fabyanske, Westra & Hart
LaSalle Plaza, Suite 1900
800 LaSalle Ave
Minneapolis, MN 55402
Tel: (612) 338-0115

**ATTORNEYS FOR DEFENDANT KM BUILDING COMPANY**