UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-337 (RBW) |
| KM BUILDING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on June 6, 2007, it is hereby

**ORDERED** that this case shall be placed on the Standard Track.  It is further

**ORDERED** that initial disclosures shall be submitted by June 25, 2007.  It is further

**ORDERED** that all amendments to pleadings and joinder of third parties shall occur by July 1, 2007.  It is further

**ORDERED** that discovery in this matter shall close on October 1, 2007.  It is further

**ORDERED** that a status conference shall be held in this matter on October 5, 2007, at 9:00 a.m., at which point the Court will either refer the parties to mediation for the purpose of settlement discussions or set a schedule for the filing of dispositive motions.

**SO ORDERED** this 7th day of June, 2007.

REGGIE B. WALTON
United States District Judge