IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, AS<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>                    Plaintiffs,<br><br>       v.<br><br>KM BUILDING COMPANY of<br>Minneapolis Inc., a Minnesota corporation,<br>doing business as KM BUILDING<br>COMPANY, 801 Second Avenue North<br>Minneapolis, Minnesota<br>A Minnesota Corporation<br><br>                    Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie<br>B. Walton<br><br>Labor/ERISA (non employment) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Based upon the stipulation and agreement of the parties, Plaintiffs, by and through their counsel, and Defendant, through its counsel, respectfully request that the Court enter an Order dismissing the above-captioned matter without prejudice, including any and all claims brought by Plaintiffs or that are the subject matter of this litigation, with each party to bear its own respective attorney's fees and costs.

Dated: June 20, 2007

By: /s/ Brian H. Quinn

Brian Quinn
Federal Bar. No. 447619
DECARLO, CONNOR & SHANLEY
101 Constitution Ave., N.W.
10th Floor
Washington, D.C. 20001
Telephone: (202) 589-1151
Facsimile: (202) 589-0105

**ATTORNEYS FOR PLAINTIFFS**

Dated: June 21, 2007

By: /s/ Jeffrey J. Sun

Jeffrey J. Sun
D.C. Bar No. 491274
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 719-2054
Fax: (202) 719-2077
E-mail: jsun@fordharrison.com

John F. Bowen (admitted *pro hac vice*)
Ford & Harrison LLP
225 South Sixth Street
Minneapolis, Minnesota 55403
Tel: (612) 486-1700
Fax: (612) 486-1701
E-mail: jbowen@fordharrison.com

Scott Lloyd Anderson (admitted *pro hac vice*)
Fabyanske, Westra & Hart
LaSalle Plaza, Suite 1900
800 LaSalle Ave
Minneapolis, MN 55402
Tel: (612) 338-0115

**ATTORNEYS FOR DEFENDANT KM BUILDING COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001,<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, AS Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>     Plaintiffs,<br><br>  v.<br><br>KM BUILDING COMPANY of Minneapolis Inc., a Minnesota corporation, doing business as KM BUILDING COMPANY, 801 Second Avenue North Minneapolis, Minnesota<br>A Minnesota Corporation<br><br>     Defendant. | Case No.: 1:07-cv-00337-RBW<br><br>Honorable District Judge Reggie B. Walton<br><br>Labor/ERISA (non employment) |

## PROPOSED ORDER

Pursuant to the stipulation and agreement of the parties in the above-entitled action, **IT IS HEREBY ORDERED** that this matter be dismissed without prejudice, including any and all claims brought by Plaintiffs or that are the subject matter of this litigation, with each party to bear its own respective attorney's fees and costs.

  LET AN ORDER BE ENTERED ACCORDINGLY.

Dated: _____, 2007    _____
                     The Honorable Reggie B. Walton
                     Judge of the United States District Court

DC:66835.1